[No. 22361-2-III. Division Three. April 28, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. AUGUST A. VEZZONI, *Appellant*.

Appeal from a judgment of the Superior Court for Kittitas County, No. 03-8-00032-3, Scott R. Sparks, J. Pro Tem., entered August 25, 2003. *Affirmed* by unpublished opinion per Kato, C.J., concurred in by Schultheis and Kurtz, JJ.

[No. 51469-5-I. Division One. May 2, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. SEAN T. MORIN, *Appellant*.

Appeal from a judgment of the Superior Court for Skagit County, No. 96-1-00335-1, George N. Bowden, J., entered January 7, 2003. *Affirmed* by unpublished per curiam opinion.